UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN A. NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PEOPLE OF CALIFORNIA,<br><br>    Defendant. | Case No. 24-cv-00183-RFL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 1 |

    On January 10, 2024, Warren A. Nelson, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Nelson did not pay the requisite $5.00 filing fee or file an application for leave to proceed in forma pauperis ("IFP").

    On the same day the action was filed, the Clerk of the Court sent a notification to Mr. Nelson informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's IFP application. The Clerk sent Mr. Nelson a blank IFP application and told him that he must return the completed application or pay the filing fee within twenty-eight days of the date of the notice, or his action would be dismissed.

    More than twenty-eight days have passed, and Mr. Nelson has not paid the filing fee, submitted his IFP application, or otherwise communicated with the Court.

    IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.[1]

---

[1] The Court notes that Mr. Nelson was convicted in Compton, which lies within Los Angeles County. Pet. at 1. If Mr. Nelson chooses to file another habeas petition, he likely should file that

The Clerk shall close the file.

       **IT IS SO ORDERED.**

Dated: April 11, 2024

                                            RITA F. LIN
                                            United States District Judge

---

petition with the United States District Court for the Central District of California. *See* Habeas L.R. 2254-3(b)(1) (explaining that petitions challenging a conviction or sentence are preferably heard in the district of conviction); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (same); 28 U.S.C. § 84(c) (Los Angeles County lies within the Central District of California).